IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

RONALD EUGENE ROBERTSON,        )
                                )
         Petitioner,            )
                                )
v.                              )   Case No. 5:13-cv-01047-KOB-TMP
                                )
STATE OF ALABAMA,               )
                                )
         Respondent.            )

## MEMORANDUM OPINION

On April 15, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice.  The petitioner filed a motion for extension of time to file objections, which was granted by the court.  (Docs. 26, 27). Instead of filing objections to the Report and Recommendation, on May 2, 2016, the petitioner filed a voluntary motion to dismiss his petition.  (Doc. 28).  The petitioner's motion to dismiss is due to be GRANTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be DISMISSED WITHOUT PREJUDICE.  An order of final judgment will be entered contemporaneously.

DONE and ORDERED this 12th day of May, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE